| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Tricolor Tax, LLC <br> Name | EIN: __–_____ | |
| United States Bankruptcy Court | Northern District of Texas | Date case filed for chapter: | 7   9/10/25 |
| Case number: | 25–33515–mvl7 | | |

Official Form 309C (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Tricolor Tax, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6021 Connection Drive, 4th Floor <br> Irving, TX 75039 | |
| 4. | **Debtor's attorney** <br> Name and address | Thomas Robert Califano <br> Sidley Austin LLP <br> 787 Seventh Avenue <br> New York, NY 10019 | Contact phone 212–839–5575 <br><br> Email: tom.califano@sidley.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Anne Elizabeth Burns <br> 900 Jackson Street, Suite 570 <br> Dallas, TX 75202 | Contact phone (214) 573–7340 |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1100 Commerce Street <br> Room 1254 <br> Dallas, TX 75242 | Hours open: <br> Mon.–Fri 8:30–4:30 <br><br> Contact phone 214–753–2000 <br><br> Date: 9/19/25 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **October 15, 2025 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 603 410 0887, and Passcode 5831589282, OR call 1–469–218–9155** <br><br> For additional meeting information, go to https://www.justice.gov/ust/moc |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships)    **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-33515-mvl |
| Tricolor Tax, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 19, 2025 | Form ID: 309C | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tricolor Tax, LLC, 6021 Connection Drive, 4th Floor, Irving, TX 75039-2607 |
| aty | + | Bradley Smyer, Alston & Bird LLP, Chase Tower, 2200 Ross Avenue, Suite 2300 Dallas, TX 75201-2728 |
| aty | + | Edwin A. Huffman, Katten Munchin Rosenman, LLP, 2121 North Pearl Street, Ste 1100, Dallas, TX 75201-2591 |
| aty | + | Eric R. Hail, Katten Muchin Rosenman LLP, 2121 North Pearl Street, Ste 1100, Dallas, TX 75201-2591 |
| aty | + | Jared M. Slade, Alston & Bird, LLP, 2200 Ross Avenue, Suite 2300, Dallas, TX 75201-2728 |
| aty | + | John E. Mitchell, Katten Muchin Rosenman, 2121 North Pearl Street, Suite 1100, Dallas, TX 75201-2591 |
| aty | + | Ted A Huffman, Katten Muchin Roseman, LLP, 2121 N Pearl St., Suite 1100, Dallas, TX 75201-2591 |
| aty | + | Yelena E. Archiyan, Katten Muchin Rosenman LLP, 2121 North Pearl Street, Suite 1100, Dallas, TX 75201-2591 |
| intp | + | Wilmington Trust, National Association, c/o Alston & Bird LLP, Attn: Gerard S. Catalanello, 90 Park Avenue, New York, NY 10016-1387 |
| 22767122 | + | Origin Bank, c/o Eric R. Hail, Katten Muchin Rosenman LLP, 2121 North Pearl Street, Ste 1100, Dallas, TX 75201-2591 |
| 22767124 | + | Origin Bank, c/o John E. Mitchell, Katten Muchin Rosenman LLP, 2121 North Pearl Street, Suite 1100, Dallas, TX 75201-2591 |
| 22767123 | + | Origin Bank, c/o Edwin A. Huffman, Katten Muchin Rosenman LLP, 2121 North Pearl Street, Ste 1100, Dallas, TX 75201-2591 |
| 22767201 | + | Origin Bank, c/o Yelena E. Archiyan, Katten Muchin Rosenman LLP, 2121 North Pearl Street, Suite 1100, Dallas, TX 75201-2591 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: tom.califano@sidley.com | Sep 19 2025 21:21:00 | Thomas Robert Califano, Sidley Austin LLP, 787 Seventh Avenue, New York, NY 10019 |
| tr | Email/Text: anne.burns@txitrustee.com | Sep 19 2025 21:21:00 | Anne Elizabeth Burns, 900 Jackson Street, Suite 570, Dallas, TX 75202 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 21, 2025 | Signature: | /s/Gustava Winters |

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 19, 2025 | Form ID: 309C | Total Noticed: 15 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anne Elizabeth Burns | trusteeburns@chfirm.com  aburns@iq7technology.com;ecf.alert+Burns@titlexi.com |
| Bradley Smyer | on behalf of Interested Party Wilmington Trust  National Association brad.smyer@alston.com |
| Edwin A. Huffman | on behalf of Creditor Origin Bank ted.huffman@katten.com  courtalertlax@katten.com |
| Eric R. Hail | on behalf of Creditor Origin Bank eric.hail@katten.com  courtalertlax@katten.com |
| Jared M. Slade | on behalf of Interested Party Wilmington Trust  National Association jared.slade@alston.com, Melanie.Mizrahie@alston.com |
| John E. Mitchell | on behalf of Creditor Origin Bank john.mitchell@katten.com  nyc.bknotices@katten.com,courtalertlax@katten.com |
| Thomas Robert Califano | on behalf of Debtor Tricolor Tax  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Yelena E. Archiyan | on behalf of Creditor Origin Bank yelena.archiyan@katten.com |

TOTAL: 9